# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gerardo Corpus-Alcaraz**; DOB: 1975; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 24-12085MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii) and 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**CHARGE 1:** On or about December 25, 2024, in the District of Arizona, **Gerardo Corpus-Alcaraz**, did knowing or in reckless disregard of the fact that certain aliens had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**CHARGE 2**: On or about December 25, 2024, in the District of Arizona, **Gerardo Corpus-Alcaraz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on March 4, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Section 1326(a),** a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 25, 2024, in the District of Arizona (Ajo), a United States Border Patrol Agent (BPA) responded to a sensor activation of five suspected Undocumented Non-Citizens (UNCs) near a remote area called Charlie Bell approximately 28 miles north of the International Boundary Fence (IBF). The BPA arrived to the area and discovered foot sign in the dirt. The BPA followed the sign approximately one half of a mile and discovered five people dressed in camouflage lying on the ground hiding in the desert foliage. The five people including **Gerardo Corpus-Alcaraz** and Rody Col-Ical were determined to be Mexican and Guatemalan citizens illegally present in the United States.

Records checks revealed that Rody Col-Ical did not have the proper immigration documentation to enter or remain in the U.S. legally. Col was previously removed from the U.S. on August 21, 2024.

In a post-*Miranda* statement, **Corpus** stated that he is a citizen of Mexico and currently resides in Navojoa, Sonora, Mexico. **Corpus** arranged to be smuggled into the United States for $2,500 but was told that if he took four people with him, he would not be charged anything. Corpus somewhat knew the route they needed to take and agreed to the job. He crossed the IBF with four others and planned to take the UNCs to Gila Bend, Arizona where they would receive a call for someone to pick them up and take them to Phoenix, Arizona. Corpus stated the journey would last approximately three days but got lost in the desert.

**Gerardo Corpus-Alcaraz** is a citizen of Mexico. On March 4, 2019, **Corpus** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On December 25, 2024, agents found **Corpus** in the United States at or near Ajo, Arizona, without the proper immigration documents. **Corpus** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Lynnette C. Kimmins* | DATE<br>December 26, 2024 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle